PECOS MERCANTILE CO. v. TOOLEY et al. (Circuit Court of Appeals, Fifth Circuit. November 27, 1912.) No. 2,401. Appeal from the District Court of the United States for the Western District of Texas; Thomas S. Maxey, Judge. J. A. Gillett, of El Paso, Tex., for appellant. T. A. Falvey, Wm. H. Burges, and Robt. L. Holliday, all of El Paso, Tex., for appellees. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. This case involves the marshaling of liens on the mortgaged property of the bankrupt. On the facts shown, the subrogation and priority allowed the First National Bank of El Paso over the appellant was just and equitable, and the decree appealed from is affirmed.

---

PHILLIPS v. TRAUTMAN. (Circuit Court of Appeals, Fifth Circuit. October 30, 1912.) No. 2,429. In Error to the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. Burton Smith, of Atlanta, Ga., for plaintiff in error. Jno. P. Ross, of Macon, Ga., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. Judgment (197 Fed. 325) affirmed.

---

RASMUSSEN v. HOME INDUSTRY IRON WORKS. (Circuit Court of Appeals, Fifth Circuit. November 27, 1912.) No. 2,425. Appeal from the District Court of the United States for the Southern District of Alabama; Harry T. Toulmin, Judge. H. Pillans and Palmer Pillans, both of Mobile, Ala., for appellant. D. P. Bestor, Jr., of Mobile, Ala., for appellees. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. On the facts we concur in the finding and decree of the District Court. 197 Fed. 661. To enforce the contract as claimed by appellant, without proof of actual damages, would be inequitable, permitting the appellant to enrich himself at the expense of the appellee. Decree affirmed.

---

ST. LOUIS SOUTHWESTERN RY. CO. OF TEXAS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 27, 1912.) No. 2,304. In Error to the District Court of the United States for the Western District of Texas; Thos. S. Maxey, Judge. E. B. Perkins, of Dallas, Tex., and S. P. Ross, of Waco, Tex., for plaintiff in error. Chas. A. Boynton, of Waco, Tex., and Philip J. Doherty, Sp. Ass't. U. S. Atty., of Washington, D. C., for the United States. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The judgment of the District Court (189 Fed. 954) is affirmed. See United States v. Atchison, Topeka & Santa Fé Ry. Co., 220 U. S. 37, 31 Sup. Ct. 362, 55 L. Ed. 361, and Baltimore & Ohio R. R. v. Interstate Commerce Commission, 221 U. S. 612, 31 Sup. Ct. 621; 55 L. Ed. 878.